Case 1:20-cr-01849-KWR  Document 34  Filed 12/14/23  Page 1 of 5

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 14 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, PLAINTIFF   #20CR1849KWR
vs.
KENNETH LUCIOUS, defendant

## MOTION TO WITHDRAW counsel

COMES NOW, THE defendant, KENNETH LUCIOUS, ON HIS OWN behalf, AND respectfully requests THIS COURT REMOVE CURRENT counsel of record FOR THIS, THE above numbered CASE,

FROM SERVING as counsel, WHICH counsel IS B.J. CROW

## HISTORY:

ON AUGUST 26TH 2020, KENNETH LUCIOUS WAS arrested IN AlBUQUERQUE, NEW MEXICO, FOR several alleged CRIMINAL VIOLATIONS, subsequently, WITHIN weeks THESE alleged charges were Nolle prosequed IN THE STATES COURTS. AND MR LUCIOUS WAS indicted by THE Federal courts FOR possession WITH INTENT TO distribute 50 GRAMS AND MORE OF A MIXTURE AND SUBSTANCE

①

containing methamphetamine. During the process Mr Lucious was appointed BJ Crow a public defender since the change of courts systems. Since having recieved BJ Crow the relationship between Mr Lucious and counsel of record has been turbulent for the defendant at best.

Claims: Mr Lucious, according to his history and Federal Rules of Criminal procedure, is not eligible in criteria for enhancement yet counsel of record, B.J. Crow bombards Mr Lucious in every dialogue, to accept terms of enhancement which makes for a stressful ~~coney~~ conversation. Particulary when as a trained attorney. Mr Crow is well aware that the enhancement does not apply in this case. Therefore Mr Lucious is left with serious doubts as to what counsel interests may be, certainly not Mr Lucious best interest. A major conflict of interest

②

Also, Mr Lucious has offered a plausible alternative defense stratgy or ~~tat~~ tactic yet Mr Crow has ignored the suggestion, This in § 14A.03 is grounds for ineffective claims. The alternate strategy is reasonable under the facts and is the major link between the actual conflict and the decision to forego the alternative defense.

Cleary, if Mr Lucious is deemed entirely too "stupid" to engage in the assistance of his case, then there can be no attorney client relationship. For this cause, the defendant respectfully moves the court to remove Mr Crow as counsel of record

Mr Lucious also requests a hearing to determine this matter as soon as the court's calender permits

Respectfully submitted by:
print: Kenneth Lucious

sign: Kenneth Lucious

date: 12·10·23

(3)

CERTIFICATE OF CERTIFICATION

THIS WILL CERTIFY THAT A COPY OF THE enclosed MOTION TO dismiss counsel B.J. CROW FROM CASE # 20 CR 1849 KWR

UNITED STATES vs. KENNETH LUCIOUS, WAS SENT TO COUNSEL FOR THE GOVERNMENT, ONE COPY TO COUNSEL ~~----~~ B.J. CROW, AND TWO COPIES TO THE UNITED STATES district COURT CLERK VIA Cibola COUNTY CORRECTION FACILITY MAIL SYSTEM ON 12-10-23

PRINT: KENNETH LUCIOUS

SIGN: Kenneth Lucious

date: 12-10-23

(4)



Kenneth Atencio #31754-510
Cibola county correctional
P.O. Box 3549
Milan N.M. 87021

ALBUQUERQUE NM 870
12 DEC 2023 PM 2 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 14 2023
MITCHELL R. ELFERS
CLERK

Office of clerk
Suite # 270
333 Lomas Bl. N.W.
87102

87102-2274704